**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DONETTE KINGSTON,**

      Plaintiff,

v.                                            **Case No. 8:05-cv-2130-T-27TBM**

**DAVID'S BRIDAL STORE,**

      Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). Plaintiff's affidavit suggests that she is indigent and should be allowed to proceed without paying the usual filing fee for civil actions. However, 28 U.S.C. § 1915 requires the court to dismiss the case at any time if the court determines that (a) the allegation of poverty is untrue or (b) the action is frivolous or malicious or fails to state a claim on which relief may be granted. Id. at (e)(2)(A), (B).

Upon review of the Plaintiff's Affidavit for Backpay (Doc. 1), which is docketed as Plaintiff's Complaint, Plaintiff minimally states a claim for race and national origin discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e - 2000e-17. The pleading does not comply with Rules 3, 7, and 8 of the Federal Rules of Civil Procedure.

Accordingly, it is RECOMMENDED that the court DENY WITHOUT PREJUDICE Plaintiff's motion to proceed *in forma pauperis* and direct the Plaintiff to refile her claim in the form of a Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court within twenty days.[1]

Respectfully submitted on this
5th day of December 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; see also Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.

Copies to:
The Honorable James D. Whittemore, United States District Judge
Pro se Plaintiff

---

[1] Among other places, the Federal Rules of Civil Procedure can be found online at http://www.uscourts.gov/rules/newrules4.html, and the Local Rules can be found at the "Forms, Policies, and Publications" section of this court's website, at http://www.flmd.uscourts.gov.