UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONETTE KINGSTON,

        Plaintiff,

v.                                         Case No: 8:05-CV-2130-T-27TBM

DAVID'S BRIDAL STORE,

        Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun recommending that Plaintiff's motion to proceed *in forma pauperis* (Dkt. 8) be denied without prejudice. (Dkt. 10). The Court notes that Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has elapsed.

Plaintiff filed her first motion to proceed *in forma pauperis* on November 18, 2005. (Dkt. 2). Per recommendation of the Magistrate Judge, on December 28, 2005, the motion was denied without prejudice due to pleading deficiencies in Plaintiff's complaint. (Dkts. 5 and 6). In denying the motion, the Court ordered: "Plaintiff shall refile her claim in the form of a complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court within twenty (20) days of the date of this Order, failing which the case will be dismissed without further notice. Plaintiff shall pay the appropriate filing fees or, alternatively, may move for leave to proceed *in forma pauperis* with the support of her refiled claim." (Dkt. 6, p. 2).

On January 17, 2006, Plaintiff filed an amended complaint and a second motion to proceed *in forma pauperis*. (Dkts. 7 and 8). Based on similar deficiencies in Plaintiff's complaint, the

1

Magistrate Judge again recommends that Plaintiff's motion to proceed *in forma pauperis* be denied without prejudice. (Dkt. 10).

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1)  The Report and Recommendation (Dkt. 10) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)  Plaintiff's motion to proceed *in forma pauperis* (Dkt. 8) is **DENIED** without prejudice.

3)  Plaintiff shall refile her claim in the form of a complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court within twenty (20) days of the date of this Order. If Plaintiff fails to do so, or if Plaintiff's complaint fails to comply with the Federal Rules of Civil Procedure and the Local Rules, this case will be dismissed without further notice.

**DONE AND ORDERED** in Tampa, Florida, on this 26th day of April, 2006.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Parties
Counsel of Record

2